UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT UNION,

       Plaintiff,

v.

CUMIS INSURANCE SOCIETY INC., a foreign corporation,

       Defendants.

_____/

Case No. 05-74423
District Judge George Caram Steeh
Magistrate Judge R. Steven Whalen

## ORDER DISMISSING DEFENDANT'S MOTION

Upon receiving a written request by Defendant withdrawing the Motion to Strike in Response to Plaintiff's Motion to Quash (filed 6/23/06) [docket # 40] and the same having been filed with the Court on 6/29/06, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant's Motion to Strike [filed 6/23/06] [document #40] is hereby dismissed without prejudice.

                                        s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2006


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 29, 2006.

s/Gina Wilson
Judicial Assistant