UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT UNION,         No. 05-74423

      Plaintiff,                                        District Judge George Caram Steeh

v.                                                             Magistrate Judge R Steven Whalen

CUMIS INSURANCE SOCIETY, INC.

      Defendant.
_____/

**ORDER**

     Before the Court is Plaintiff's Motion to Quash Subpoena to Hilary Clemens [Doc. #36]. For the reasons and under the terms stated on the record on July 5, 2006, Plaintiff's Motion is DENIED WITHOUT PREJUDICE, as follows:

     1. Within seven days of the date of this order, deponent Hilary Clemens will produce to Plaintiff's counsel either copies or originals of all documents in her possession or control that are requested in her subpoena.

     2. Within five days of receipt of said documents, Plaintiff's counsel shall produce to Defendant's counsel copies of the documents as to which Plaintiff does not claim attorney-client or work product privilege. Within the same time frame, Plaintiff's counsel shall also produce a privilege log detailing those documents as to which attorney-client or work product privilege is claimed.

     3. Defendant shall serve a copy of this order on counsel for deponent Hilary

Clemens.

  SO ORDERED.

                S/R.  Steven Whalen
                R.  STEVEN WHALEN
                UNITED STATES MAGISTRATE JUDGE

Dated:  July 5, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 5, 2006.

                S/Gina Wilson
                Case Manager