UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT
UNION,

       Plaintiff,                      Case No.  05-74423
                                            District Judge George Caram Steeh
v.                                            Magistrate Judge R. Steven Whalen

CUMIS INSURANCE SOCIETY
INC., a foreign corporation,

       Defendants.

_____/

## ORDER ADJOURNING MOTION HEARING

      Pursuant to the Joint Stipulation filed in this matter on August 14, 2006, and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED the hearing regarding the Motion to Compel Deposition of Michael Poulos be deferred until after August 22, 2006, pending the completion of the deposition of Michael Poulos.

                                                        S/R. Steven Whalen
                                                        R. STEVEN WHALEN
                                                        UNITED STATES MAGISTRATE JUDGE

Dated:  August 15, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 15, 2006.

                                    S/Gina Wilson
                                    Judicial Assistant