UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT UNION,   No. 05-74423

      Plaintiff,   District Judge George Caram Steeh

v.   Magistrate Judge R Steven Whalen

CUMIS INSURANCE SOCIETY, INC.

      Defendant.
                                        /

**ORDER**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket #52], filed July 21, 2006.

The parties have advised in their Joint List of Unresolved Issues that Plaintiff's Requests to Produce Nos. 9 and 10 have been resolved. Therefore, that portion of the Motion is DISMISSED AS MOOT.

As to the remaining Request to Produce No. 11, Plaintiff's Motion is GRANTED, for the reasons and under the terms stated on the record on September 7, 2006. Defendant shall produce the documents within 35 days of the date of this Order.

SO ORDERED.

                                        S/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 7, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 7, 2006.

S/Gina Wilson
Judicial Assistant
