UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT UNION,

        Plaintiff,              Case No.  05-74423

v.                              District Judge George Caram Steeh

                                 Magistrate Judge R. Steven Whalen

CUMIS INSURANCE SOCIETY, INC.,

        Defendant.
_____/

ORDER

The matter having come before the Court on the parties' request to strike the October 17, 2006 hearing and consolidate the pending motions to compel (#72 and #74) into a single hearing, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Cumis' Motion to Compel the Deposition of Michael Poulos [#51] is DISMISSED.

**IT IS FURTHER ORDERED** that the Notice of Hearing [#73] is STRIKEN.  The Court has set a new date of **THURSDAY, OCTOBER 26, 2006 at 9:30 a.m.,** for oral argument on the Motions to Compel [#72 and #74].  Michigan First shall file a single response brief to the pending motions to compel and Cumis shall file a single reply brief.

**SO ORDERED**.

                                                S/R.  Steven Whalen
                                                R.  STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated:  October 4, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 4, 2006.

S/Gina Wilson
Judicial Assistant