UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT
UNION,

       Plaintiff,                    Case No.  05-74423
                                        District Judge George Caram Steeh
v.                                           Magistrate Judge R. Steven Whalen

CUMIS INSURANCE SOCIETY
INC., a foreign corporation,

       Defendants.

_____/

ORDER

This matter having come before the Court on the parties' request to strike the October 26, 2006 hearing and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the hearing scheduled for October 26, 2006 regarding Motions to Compel [#72 and #74} is hereby adjourned without date.

                                                                    S/R.  Steven Whalen
                                                                    R.  STEVEN WHALEN
                                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  October 24, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or

parties of record by electronic means or U.S. Mail on October 24, 2006.

                                              S/Gina Wilson
                                              Judicial Assistant