UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT UNION,   No. 05-74423

    Plaintiff,   District Judge George Caram Steeh

v.   Magistrate Judge R Steven Whalen

CUMIS INSURANCE SOCIETY, INC.

    Defendant.
_____/

## ORDER

For the reasons stated on the record on November 15, 2007,

Plaintiff's Motion to Compel Depositions [Docket #202] is GRANTED.

Defendant's Motion for Protective Order [Docket #201] is DENIED.

SO ORDERED.

                                    S/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Dated: November 15, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 15, 2007.

                                    S/Gina Wilson
                                    Judicial Assistant