UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN FIRST CREDIT UNION, | No. 05-74423 |
| Plaintiff, | District Judge George Caram Steeh |
| v. | Magistrate Judge R Steven Whalen |
| CUMIS INSURANCE SOCIETY, INC. | |
| Defendant. / | |

**ORDER DENYING MOTION TO COMPEL DEPOSITION**

For the reasons stated on the record on January 24, 2008, Plaintiff's Motion for the Deposition of Wanda Marshall [Docket #214] is DENIED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 24, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 24, 2008.

S/G. Wilson
Judicial Assistant