UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT UNION,

        Plaintiff,

vs.

Case No. 05-CV-74423
HON. GEORGE CARAM STEEH

CUMIS INSURANCE SOCIETY, INC.,
a foreign, corporation,

        Defendant.

_____/

## ORDER GRANTING CUMIS' MOTIONS IN LIMINE NOS. 14 AND 32 (#246) GRANTING CUMIS' MOTIONS IN LIMINE NOS. 1, 13, 18, 19, 20, 21, 25, AND 29 (#246), AND DENYING AS MOOT CUMIS' MOTIONS IN LIMINE NOS. 22 AND 26 (#246)

CUMIS' motions in limine to bar the admission of evidence of the parties' relative "wealth" or the economic ramifications inuring to MFCU if MFCU does not prevail in this lawsuit, and to bar the parties from proffering evidence of discovery disputes or the court's rulings on discovery matters, are hereby GRANTED as unopposed (Nos. 14 and 32).

CUMIS' motions in limine to bar the admission of evidence as described in motion Nos. 1, 13, 18, 19, 20, 21, 25 and 29 are hereby GRANTED based on MFCU's representations in its corresponding responses that MFCU does not intend to use such evidence at trial.

CUMIS' motions in limine Nos. 22 and 26 are hereby DENIED as MOOT as withdrawn.

    SO ORDERED.

Dated: January 5, 2009

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 5, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

2:05-cv-74423-GCS-RSW   Doc # 279   Filed 01/05/09   Pg 2 of 2   Pg ID 6814