UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN FIRST CREDIT UNION,

        Plaintiff,

vs.

                                         Case No. 05-CV-74423
                                         HON. GEORGE CARAM STEEH

CUMIS INSURANCE SOCIETY, INC.,
a foreign, corporation,

        Defendant.

_____/

ORDER DENYING WITHOUT PREJUDICE MFCU'S MOTIONS IN LIMINE
NOS. 1, 2, 3, 6, AND 7 (#s 248, 249, 250, 243, 245),
DENYING MFCU'S MOTION IN LIMINE NO. 5 (#251), AND
GRANTING IN PART MFCU'S MOTION IN LIMINE NO. 10 (#254)

For the reasons stated on the record at a January 5, 2009 hearing,

Michigan First Credit Union's (MFCU) motion in limine to bar the expert testimony of CUMIS expert Thomas Tarter (#248) is hereby DENIED, without prejudice.

MFCU's motion in limine to bar the expert testimony of CUMIS expert Bruce Ballenger (#249) is hereby DENIED, without prejudice.

MFCU's motion in limine to bar the expert testimony of CUMIS expert Terrence Knight (#250) is hereby DENIED, without prejudice.

MFCU's motion in limine to bar admission of evidence of changes made to the Indirect Loan Policy as subsequent remedial measures (#251) is hereby DENIED.

MFCU's motion in limine to bar evidence of MFCU CEO Poulos' employment history and financial information (#243) is hereby DENIED, without prejudice.

MFCU's motion in limine to bar the testimony of MFCU consultants Harold Stack and Zigmund Kryszak (#245) is hereby DENIED, without prejudice.

MFCU's motion in limine to bar evidence of CUMIS' ownership and source of funds (#254) is hereby GRANTED, IN PART, to the extent CUMIS shall not introduce evidence that CUMIS is owned by credit unions, as agreed by Counsel on the record.

SO ORDERED.

Dated: January 6, 2009

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 6, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk